Michael J. McDERMOTT, Appellant

v.

Alberto GONZALES, Attorney General, et al., Appellees.

No. 06–5274.

United States Court of Appeals, District of Columbia Circuit.

Jan. 17, 2007.

Rehearing En Banc Denied March 19, 2007.

Michael J. McDermott, Dublin, CA, pro se.

R. Craig Lawrence, Assistant U.S. Attorney, U.S. Attorney's Office, Washington, DC, for Appellees.

BEFORE: HENDERSON, RANDOLPH, and TATEL, Circuit Judges.

## JUDGMENT

PER CURIAM.

This appeal was considered on the record from the United States District Court for the District of Columbia and on the brief filed by appellant. *See* Fed. R.App. P. 34(a)(2); D.C.Cir. Rule 34(j). It is

**ORDERED AND ADJUDGED** that the district court's order filed May 11, 2006, be affirmed. The district court correctly determined that appellant's constitutional rights are not violated by the city of San Francisco in permitting the annual gay, lesbian, and bisexual parade, *see Hurley v. Irish–American Gay, Lesbian and Bisexual Group of Boston,* 515 U.S. 557, 115 S.Ct. 2338, 132 L.Ed.2d 487 (1995), and

that his constitutional rights are not violated by the federal government's decision not to investigate his complaint about the parade. *See Heckler v. Chaney,* 470 U.S. 821, 833, 105 S.Ct. 1649, 84 L.Ed.2d 714 (1985).

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc. *See* Fed. R.App. P. 41(b); D.C.Cir. Rule 41.